IN THE DISTRICT COURT OF APPEAL
                                              FIRST DISTRICT, STATE OF FLORIDA

JOHN BUSKAGER,                                NOT FINAL UNTIL TIME EXPIRES TO
                                              FILE MOTION FOR REHEARING AND
        Appellant,                            DISPOSITION THEREOF IF FILED

v.                                            CASE NO. 1D16-2110

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed September 1, 2017.

An appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

Brett S. Chase of Chase Law Florida, P.A., St. Petersburg, for Appellant.

Pamela Jo Bondi, Attorney General, and Julian E. Markham, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

ROBERTS, WETHERELL, and ROWE, JJ., CONCUR.